# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOEL ACQUINO PASAY,

    Defendant.

2:17-cr-00141-JCM-VCF

**ORDER**

Before the court is Motion to Reopen Detention Hearing (ECF NO. 30).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Reopen Detention Hearing (ECF NO. 30) must be filed on or before November 27, 2019.

IT IS FURTHER ORDERED that a hearing on the Motion to Reopen Detention Hearing (ECF NO. 30) is scheduled for 1:30 PM, December 3, 2019, in Courtroom 3D.

Pretrial Services is directed to prepare and submit an updated pretrial report to chambers.

The U.S. Marshal is directed to transport Joel Acquino Pasay to and from the court on December 2, 2019, for a pretrial interview, and to the scheduled hearing on December 3, 2019.

IT IS FURTHER ORDERED that Deputy Steven Carpenter must attend the scheduled hearing at 1:30 PM, December 3, 2019, in Courtroom 3D.

DATED this 21st day of November, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE